Robert Fried (SBN 85579)
PRACTUS, LLP
11300 Tomahawk Creek Pkwy, Ste 310
Leawood, KS 66211
Tel: (510) 295-0019
robert.fried@practus.com

Attorneys for Defendant

KRISTINA M. ZINNEN, Bar No. 245346
CRAIG L. SCHECHTER, Bar No. 308968
Weinberg, Roger & Rosenfeld
1375 55th Street
Emeryville, CA 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net
          kzinnen@unioncounsel.net
          cschechter@unioncounsel.net

Attorneys for Plaintiffs Board of Trustees, in their capacities as
Trustees of the Laborers Health and Welfare Trust Fund for
Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>Steven Scott Slauson, individually and doing business as Triple S Electric Co.,<br><br>Defendants. | No. 4:20-cv-05416-DMR<br><br>**STIPULATION RE HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ORDER (AS MODIFIED)** |

Plaintiffs have noticed this matter for hearing on their Motion for Summary Judgment on May 12, 2022. Per this Court's Second Amended Case Management and Pretrial Order for Court Trial (Dkt. No. 43), May 12, 2022 is the last day for hearing dispositive motions.

The parties jointly request that the Court continue the hearing date until May 28, 2022 on the basis that Defendant's counsel has an irreconcilable and previously set hearing date in an unrelated matter at the same date and time on May 12, 2022 in Los Angeles, California. No dates for responsive pleadings are requested to be continued with this request.

Dated: April 11, 2022

By: /S/ ROBERT FRIED
Robert Fried
PRACTUS, LLP
Attorneys for Defendant

Dated: April 11, 2022

Weinberg, Roger & Rosenfeld
A Professional Corporation

By: /S/ CRAIG L. SCHECHTER
CRAIG L. SCHECHTER
Attorneys for Plaintiffs

**ORDER (AS MODIFIED)**

Pursuant to Stipulation, IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Summary Judgment is continued to **May 26, 2022 at 1:00 p.m.** in Oakland, by Videoconference. All counsel and parties, may access the webinar information at https://www.cand.uscourts.gov/dmr

IT IS SO ORDERED AS MODIFIED.

Dated: April 13, 2022

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

DONNA M. RYU
United States Magistrate Judge