KRISTINA M. ZINNEN, Bar No. 245346
CRAIG L. SCHECHTER, Bar No. 308968
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         kzinnen@unioncounsel.net
         cschechter@unioncounsel.net

Attorneys for Plaintiffs Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al.

ROBERT FRIED, Bar No. 85579
PRACTUS, LLP
11300 Tomahawk Creek Pkwy, Ste. 310
Leawood, KS 66211
Telephone  (510) 295-0019
E-Mail:  Robert.fried@practus.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Steven Scott Slauson, individually and doing business as Triple S Electric Co.,<br><br>Defendants. | No. 4:20-cv-05416-DMR<br><br>**JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)**<br><br>Date:    July 20, 2022<br>Time:    1:30<br>Dept.:   ZOOM webinar<br>Judge:   Hon. Donna M. Ryu |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs the Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California ("Trust Funds" or "Plaintiffs"), by and through their counsel, and Defendants Steven Scott Slauson, individual and doing business as Triple S Electric Co., inclusive, by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, a Further Case Management Conference is scheduled in the above-entitled matter for July 20, 2022;

WHEREAS, Plaintiffs' counsel has a scheduling conflict on July 20, 2022;

WHEREAS, the Parties are actively engaged in settlement discussions;

WHEREAS, the Parties respectfully submit that judicial economy would be best served if the currently-scheduled further Case Management Conference be continued to August 17, 2022 at 1:30 P.M.

**IT IS HEREBY STIPULATED AND PROPOSED BY THE PARTIES AS FOLLOWS:**

1. The Parties stipulate to and jointly propose that the currently-scheduled further Case Management Conference by continued until August 17, 2022 at 1:30 P.M.

Dated: July 5, 2022                WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation

                                   /S/ Craig L. Schechter
                              By:  CRAIG L. SCHECHTER
                                   KRISTINA M. ZINNEN

                                   Attorneys for Plaintiffs

Dated: July 5, 2022                PRACTUS, LLP

                                   /S/ Robert Fried
                              By:  ROBERT FRIED

                                   Attorneys for Defendants

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
JOINT STIP. TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)
Case No. 4:20-cv-05416-DMR

### ECF ATTESTATION

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Dated: July 5, 2022

By: */S/ Craig L. Schechter*
CRAIG L. SCHECHTER

### ORDER (AS MODIFIED) CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

Pursuant to Stipulation, IT IS SO ORDERED that the currently-scheduled further Case Management Conference is continued to August 17, 2022 at 1:30 P.M. in Oakland, - by Videoconference only.   The parties shall file a joint updated case management conference statement by August 10, 2022.

IT IS SO ORDERED AS MODIFED.

Dated: July 6, 2022

*IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu*

By: Hon. Donna M. Ryu
United States Magistrate Judge

144911/1282566

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3

JOINT STIP. TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)
Case No. 4:20-cv-05416-DMR